UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZAIE ESCRIBANO,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

16-CR-826-7 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

        The Court, having concluded that the motion brought under 28 U.S.C. § 2255 (docket entry no. 594), as amended (docket entry no. 597), should not be summarily dismissed as being without merit, hereby ORDERS that:

        The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

        Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Movant shall have thirty days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.[1]

        Chambers will mail a copy of this order to Mr. Escribano.

        SO ORDERED.

Dated: New York, New York
       June 1, 2022

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge

---

[1] In its Order dated April 18, 2022 (docket entry no. 596), the Court denied Mr. Escribano's request for the appointment of counsel without prejudice to renewal after the Court has had more of the relevant facts and legal issues presented to it for its consideration. The Court will reconsider that request once the motion is fully submitted.

**Copy mailed to:**

Zaie Escribano
Reg. No. 77538-054
U.S.P. Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525