**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 11, 2023

<u>**Via ECF**</u>

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Rene Ruiz et al.*, 16 Cr. 826 (LTS)

Dear Judge Swain:

    The Government respectfully requests that Your Honor direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of July 13, 2023.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    By: _____/s/_____
        Amanda L. Houle
        Assistant United States Attorney
        212-637-2194

**GRANTED.**

        7/12/2023

SO ORDERED.

_____
    PAUL A. ENGELMAYER
    United States District Judge